AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_\*\*\*\*\*_  DISTRICT OF   NEVADA

DELASK PITTMAN,

    Plaintiff,  JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00294-LRH-WGC**

RENEE BAKER, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim upon which relief can be granted.

   September 29, 2011  **LANCE S. WILSON**
                                                               Clerk

                                                     /s/ Katie Lynn Ogden
                                                         Deputy Clerk